# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

144654

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

AM RODRIGUEZ ASSOCIATES, INC.,
      Plaintiff-Appellee,

v

SC: 144654
COA: 299510
Allegan CC: 09-046065-CZ

CITY COUNCIL OF THE CITY OF THE
VILLAGE OF DOUGLAS and CITY OF THE
VILLAGE OF DOUGLAS,
      Defendants-Appellants.

_____/

     On order of the Court, the application for leave to appeal the January 10, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

t0325